UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| 1330 OLD RIVER, LLC d/b/a ROC BAR | : | Case No. 1:08-cv-563 |
| | : | Judge Michael R. Barrett |
| Applicant, | : | Magistrate Judge Timothy S. Black |
| vs. | : | |
| BROADCAST MUSIC, INC., | : | |
| Respondent. | : | |

_____

| | | |
|---|---|---|
| P.I.G. INC., d/b/a The Blind Pig, *et al.* | : | Case No. 1:08-cv-730 |
| Applicants, | : | Judge Michael R. Barrett |
| | : | Magistrate Judge Timothy S. Black |
| vs. | : | |
| BROADCAST MUSIC, INC. | : | |
| Respondent. | : | |

**ORDER**

Pursuant to Orders dated May 1, 2009, United States District Judge Louis L. Stanton adopted Magistrate Judge Black's Report and Recommendations in Case Nos. 1:08-cv-563 and 1:08-cv-730. (Docs. 15 and 17, respectively). Accordingly, these cases are hereby **CLOSED** in accordance with Judge Stanton's Order.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Michael R. Barrett*
　　　　　　　　　　　　　　　　　　　　　　　Michael R. Barrett, Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court